# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY LENZ, individually, and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>LAND O'LAKES, INC.,<br><br>       Defendant.<br>_____ / | Case No. 1:25-cv-01499-JLT-SKO<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE CONSOLIDATED**<br><br>**<u>14 DAY DEADLINE</u>** |

On August 26, 2025, Plaintiffs Cody Lenz and George Edmonds filed a class action complaint against Defendant Land O' Lakes, Inc. in Tulare County Superior Court alleging Defendant's violations of California Labor Code and unfair business practices, *Cody Lenz and George Edmonds v. Land O'Lakes, Inc.*, No. 1:25-cv-01371-JLT-SKO. One week later, on September 2, 2025, Plaintiff Lenz filed a complaint pursuant to the Private Attorneys General Act against the same Defendant in Tulare County Superior Court alleging the same Labor Code violations. (Doc. 1-1.) Defendant removed both cases to federal court. All parties are represented by the same counsel in both actions.

After reviewing the complaints, the parties are ordered to show cause in writing why the cases should not be consolidated pursuant to Federal Rule of Civil Procedure 42. Alternatively, the parties may file a stipulation to consolidate the actions.

Accordingly, it is HEREBY ORDERED that:

1.    By no later than **14 days of service of this order,** the parties shall **either**:

   a.    file a written response showing cause why this action should not be consolidated with *Cody Lenz and George Edmonds v. Land O'Lakes, Inc.*, No. 1:25-cv-01371-JLT-SKO; or

   b.    file a stipulation to consolidate the actions.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

IT IS SO ORDERED.

Dated:    **February 11, 2026**              /s/ *Sheila K. Oberto*

                                             UNITED STATES MAGISTRATE JUDGE

2