UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY LENZ, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LAND O'LAKES, INC.<br><br>Defendant. | CASE NO.: 1:25-cv-01499-JLT-SKO<br><br>**ORDER GRANTING STIPULATION TO STAY ACTION PENDING MEDIATION**<br><br>(Doc. 16) |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY ACTION PENDING MEDIATION

## <u>ORDER</u>

The Court, having reviewed the Parties' Joint Stipulation to Stay Action Pending Mediation, (Doc. 16), and good cause appearing, HEREBY ORDERS as follows:

A.     This action, including all deadlines, motion practice, and formal discovery, is STAYED until May 25, 2026.

B.     The Initial Scheduling Conference currently set for March 24, 2026 at 9:45 a.m. is CONTINUED to June 18, 2026, at 9:45 a.m. before Magistrate Judge Sheila K. Oberto.

C.     The Parties shall file their joint scheduling report at least 7 days prior to the Initial Scheduling Conference, advising the Court of the outcome of mediation.

IT IS SO ORDERED.

Dated:   **March 18, 2026**            /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE