Kane Moon (SBN 249834)
Allen Feghali (SBN 301080)
Sohyun Oh (SBN 341157)
**MOON LAW GROUP, P.C.**
1055 West Seventh Street, Suite 1880
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125
Email: kmoon@moonlawgroup.com
Email: afeghali@moonlawgroup.com
Email: joh@moonlawgroup.com

Attorneys for Plaintiff CODY LENZ

Joan B. Tucker Fife (SBN: 144572)
Joan.fife@winstontaylor.com
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Tristan R. Kirk (SBN: 313262)
tristan.kirk@winstontaylor.com
**WINSTON TAYLOR LLP**
333 S. Grand Ave., 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendant LAND O' LAKES, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CODY LENZ, individually, and on behalf of all others similarly situated,

Plaintiff,

vs.

LAND O' LAKES, INC., a Minnesota corporation; and DOES 1 through 20, inclusive,

Defendants.

Case No.: 1:25-cv-01499-JLT-EGC

**STIPULATION TO STAY ACTION PENDING SETTLEMENT APPROVAL IN STATE COURT; ORDER**

(Doc. 28)

Plaintiff Cody Lenz ("Plaintiff"), on the one hand, and Defendant Land O'Lakes, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby enter into this Stipulation based on the following facts:

WHEREAS, on August 24, 2026, the Parties filed a Notice of Settlement in this action, advising the Court that they had reached a settlement resolving this matter (ECF No. 26);

WHEREAS, on August 25, 2026, pursuant to Local Rule 160(b), the Court ordered that, no later than September 14, 2026, the Parties shall file dispositional documents requesting dismissal of this action, subject to the Parties' ability to request an extension for good cause (ECF No. 27);

WHEREAS, the settlement of this action is part of, and contingent upon final approval of, a broader global settlement (the "Global Settlement") resolving this action together with the related matters, *Jimenez v. Land O' Lakes, Inc.* (Case No. 1:23-cv-00891-JLT-EGC), *Lenz et al v. Land O'Lakes, Inc.* (Case No. 1:25-cv-01371-JLT-EGC), and *Arana v. Land O'Lakes, Inc. et al* (Case No. 2:24-cv-00273-JLT-EGC), which are pending before this Court, as well as *Jimenez III v. Land O'Lakes, Inc.* (Case No. VCU300278) (the "State Court Action"), which is pending in the Superior Court of California, County of Tulare;

WHEREAS, because the Global Settlement resolves class action and Private Attorneys General Act ("PAGA") representative claims, it is subject to court approval;

WHEREAS, the Parties have reached an agreement in principle as to the material terms of the Global Settlement and, as part of that agreement, intend to seek approval of the Global Settlement in the State Court Action;

WHEREAS, because dismissal of this action is contingent upon the Tulare County Superior Court's approval of the Global Settlement, good cause exists under Local Rule 160(b) to stay this action and vacate the September 14, 2026 deadline for filing dispositional documents while the Parties seek and obtain approval of the Global Settlement in the State Court Action; and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and

between the Parties, through their undersigned counsel, that the Parties jointly and respectfully request that the Court:

1. Stay this action pending final approval of the Global Settlement by the Tulare County Superior Court;
2. Vacate the September 14, 2026 deadline to file dispositional documents;
3. Order the Parties to file a joint status report regarding the status of state court approval within ninety (90) days after entry of the Court's Order, and every ninety (90) days thereafter until final approval of the Global Settlement; and
4. Order the Parties to file dispositional documents requesting dismissal of this action within thirty (30) days of the Tulare County Superior Court's final approval of the Global Settlement.

**IT IS SO STIPULATED.**

DATED: September 9, 2026

MOON LAW GROUP, PC

By: */s/ Sohyun Oh*
Kane Moon
Allen Feghali
Sohyun Oh

Attorneys for Plaintiff Cody Lenz

DATED: September 9, 2026

WINSTON TAYLOR LLP

By: */s/ Tristan Kirk*
Joan B. Tucker Fife
Tristan Kirk

Attorneys for Defendant Land O'Lakes, Inc.

**ORDER**

The Court, having reviewed the Parties' Notice of Settlement and Request to Vacate All Pending Deadlines, (Doc. 27), hereby ORDERS as follows:

1. This action is hereby STAYED pending final approval of the Global Settlement by the Superior Court of California, County of Tulare, in *Jimenez III v. Land O'Lakes, Inc.*, Case No. VCU300278.
2. The September 14, 2026 deadline to file dispositional documents set forth in the Court's prior order is VACATED.
3. The Parties SHALL file a joint status report regarding the status of state court approval of the Global Settlement no later than December 8, 2026 and every ninety (90) days thereafter until final approval of the Global Settlement.
4. The Parties SHALL file dispositional documents requesting dismissal of this action no later than thirty (30) days after the Tulare County Superior Court grants final approval of the Global Settlement.

IT IS SO ORDERED.

Dated: **September 9, 2026**

Erin Sny Castillo
UNITED STATES MAGISTRATE JUDGE